# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DISTRICT

**DEVON MODACURE**                                                             **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO.: 3:20-cv-476-HTW-LRA**

**THE CITY OF JACKSON, MISSISSIPPI;**
**JAMES E. DAVIS, COBEY SMITH individually**
**and as an Officer of City of Jackson, KENNETH SHORT, II, et al**      **DEFENDANTS**

## NOTICE OF SERVICE OF REQUEST FOR DISCOVERY

NOTICE is hereby given that Defendant, City of Jackson, Mississippi, have this day served the following discovery requests in the above-entitled action:

- City of Jackson, Mississippi's Requests for Production of Documents Propounded to Plaintiffs.

The undersigned retains the originals of the above documents as custodian thereof.

RESPECTFULLY SUBMITTED, this the 23rd day of September, 2020.

                                                CITY OF JACKSON, MISSISSIPPI, Defendant

                                                By: /s/ J. Richard Davis
                                                J. Richard Davis, MSB #5994
                                                Deputy City Attorney

OF COUNSEL:

OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone: 601-960-1799
Facsimile: 601-960-1756

## **CERTIFICATE OF SERVICE**

I, J. Richard Davis., one of the attorneys for the Defendant, do hereby certify that I have served this day via Electronic Filing, a true and correct copy of the above and foregoing to the following:

Carlos E. Moore
**THE COCHARN FIRM-Mississippi Delta**
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940- phone
662-227-9941- fax
Email: cmoore@cochranfirm.com

So certified, this the 23rd day of September, 2020

/s/ J. Richard Davis
J. Richard Davis